UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

PERELLA WEINBERG PARTNERS LP,

                Plaintiffs,

-against-

MISSION COAL FUNDING, LLC; JASON R.
MCCOY; KEN MCCOY,

                Defendants.

------------------------------------ X

ORDER

20 Civ. 1848 (GBD)

GEORGE B. DANIELS, District Judge:

    The June 18, 2020 initial conference is adjourned to October 19, 2020 at 9:30 a.m.

Dated: June 18, 2020
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE